### HERRINGTON *v.* FLANDERS, sheriff.

FISH, J. 1. Under the Penal Code, § 1079, it is manifestly unlawful to charge the accused in a criminal case, upon his conviction, with " the costs of any witness of the State, unless such witness was subpœnaed, sworn, and examined on the trial." The prohibition in that section against charging the accused, except as therein indicated, with the costs of "more than two witnesses to the same point" relates, of course, only to witnesses who have actually been "subpœnaed, sworn, and examined."

2. Under the law above announced, the superior court erred in not sustaining the certiorari.

*Judgment reversed. All the Justices concurring, except Lewis, J., absent.*

Submitted June 16, — Decided July 17, 1902.

Certiorari. Before Judge Evans. Emanuel superior court. April 26, 1902.

*Alfred Herrington* and *F. H. Saffold,* for plaintiff in error.

---

### SHEPPARD *v.* THE STATE.

FISH, J. The evidence warranted the verdict, and, as no question of law is presented for decision, the judgment overruling the motion for a new trial will not be disturbed.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Argued June 16, — Decided July 17, 1902.

Indictment for robbery. Before Judge Littlejohn. Dooly superior court. May 10, 1902.

*J. T. Hill,* for plaintiff in error.